UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 04802
    DAVID O ALLEN
    SHARON ALLEN                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-0515    SSN XXX-XX-6451

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 02/09/2004 and was confirmed 04/29/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  19.18%.

    The case was paid in full 09/08/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITY OF CHICAGO WATER DE | SECURED | 500.00 | .00 | 500.00 |
| HOUSEHOLD FINANCIAL SERV | CURRENT MORTG | 62254.98 | .00 | 62254.98 |
| HOUSEHOLD FINANCIAL SERV | MORTGAGE ARRE | 12256.17 | .00 | 12256.17 |
| FAIRLANE CREDIT LLC | SECURED | 6075.00 | .00 | 6075.00 |
| FAIRLANE CREDIT LLC | UNSECURED OTH | 9460.44 | .00 | 1814.56 |
| BANKONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO PARKING | UNSECURED OTH | 1440.00 | .00 | 276.83 |
| COLUMBIA COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOAN SVC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOANS | UNSECURED | NOT FILED | .00 | .00 |
| HORSESHOE CASINO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 428.40 | .00 | 82.17 |
| MONTGOMERY WARD | UNSECURED | NOT FILED | .00 | .00 |
| NCO | UNSECURED | NOT FILED | .00 | .00 |
| PAY DAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | 1597.69 | .00 | 306.45 |
| SLM EDUCATION CREDIT | UNSECURED OTH | 13833.85 | .00 | 2653.39 |
| SEARS ROEBUCK & CO | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 1245.71 | .00 | 238.94 |
| US DEPT OF EDUCATION | UNSECURED OTH | 16174.01 | .00 | 3102.23 |
| VILLAGE OF ALSIP | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | NOTICE ONLY | NOT FILED | .00 | .00 |
| ECMC | UNSECURED OTH | 26746.08 | .00 | 5129.99 |
| IL STATE DISBURSEMENT UN | UNSECURED | .00 | .00 | .00 |
| IL STATE DISBURSEMENT UN | UNSECURED | 2913.08 | .00 | 558.76 |
| PEOPLES GAS LIGHT & COKE | FILED LATE | 80.34 | .00 | .00 |
| LEDFORD & WU | DEBTOR ATTY | 2,700.00 | | 2,700.00 |
| TOM VAUGHN | TRUSTEE | | | 6,000.54 |

PAGE  1 - CONTINUED ON NEXT PAGE
                CASE NO. 04 B 04802 DAVID O ALLEN & SHARON ALLEN

```
DEBTOR REFUND              REFUND                              1,212.77
```

Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
```
                          RECEIPTS           DISBURSEMENTS
```
--------------------------------------------------------------------------------
```
TRUSTEE                   105,162.78

PRIORITY                                              .00
SECURED                                        81,086.15
UNSECURED                                      14,163.32
ADMINISTRATIVE                                  2,700.00
TRUSTEE COMPENSATION                            6,000.54
DEBTOR REFUND                                   1,212.77
                          ---------------    ---------------
TOTALS                    105,162.78           105,162.78
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                              /s/ Tom Vaughn
Dated: 12/22/08               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```